OPINION — AG — *** LAW ENFORCEMENT RETIREMENT — SPOUSE — BENEFITS ** FOR PURPOSES OF CALCULATING SURVIVOR'S BENEFITS AWARDABLE UNDER THE OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, THE PROVISIONS OF 47 O.S. 2-308 [47-2-308](A) DO 'NOT' PROHIBIT THE GRANTING OF SUCH BENEFITS TO THE SPOUSE OF A MEMBER OF THE SYSTEM WHO RETIRED UNDER THE NORMAL SERVICE RETIREMENT PROVISIONS OF 47 O.S. 2-300 [47-2-300](6) (COMPUTATION, ELIGIBILITY, VESTED, DEATH BENEFITS) CITE: 47 O.S. 2-306 [47-2-306], 47 O.S. 2-300 [47-2-300](6) 47 O.S. 2-305 [47-2-305](A), 47 O.S. 2-308 [47-2-308](A) 47 O.S. 2-600 [47-2-600](5) (MICHAEL SCOTT FERN)